NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DANNY CHOI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5111

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-182, Judge Susan G. Braden.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Danny Choi moves for reconsideration of this court's September 20, 2012 order summarily affirming the judgment of the United States Court of Federal Claims.

DANNY CHOI V. US                                                        2

     Upon consideration thereof,

     IT IS ORDERED THAT:

     The motion for reconsideration is denied.

                       FOR THE COURT


                       /s/ Jan Horbaly
                       Jan Horbaly
                       Clerk

s25